S. LANE TUCKER
United States Attorney

CHRISTOPHER SCHROEDER
STEPHAN COLLINS
ALANA WEBER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: christopher.schroeder@usdoj.gov
Email: stephan.collins@usdoj.gov
Email: alana.weber@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>MICHELLE PUNGOWIYI,<br><br>                Defendant. | No. 3:23-cr-00093-SLG-KFR<br><br>COUNT 1:<br>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FENTANYL<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)<br><br>COUNT 2:<br>ATTEMPTED POSSESSION OF FENTANYL WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B)<br><br>COUNT 3:<br>ATTEMPTED POSSESSION OF FENTANYL WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning no later than on or about February 2022, the exact date being unknown to the Grand Jury, and continuing through on or about July 5, 2023, within the District of Alaska and elsewhere, the defendant, MICHELLE PUNGOWIYI, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to distribute and possess with the intent to distribute controlled substances, to wit: 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A).

## COUNT 2

On or about December 1, 2022, through December 28, 2022, within the District of Alaska, the defendant, MICHELLE PUNGOWIYI, did knowingly and intentionally attempt to possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B).

## COUNT 3

On or about December 19, 2022, through January 23, 2023, within the District of Alaska, the defendant, MICHELLE PUNGOWIYI, did knowingly and intentionally attempt to possess with intent to distribute 400 grams or more of a mixture and substance

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Christopher Schroeder
CHRISTOPHER SCHROEDER
Assistant United States Attorney
United States of America


s/ Kate Vogel
S. LANE TUCKER
United States Attorney
United States of America


DATE:  October 17, 2023